UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| WELLS FARGO, N.A., <br>     Plaintiff, <br><br> v. <br><br> AHMAD A. KANAN, et al. <br>     Defendants. | ) <br> ) <br> )    Civil No. 2:19-cv-108 <br> ) <br> ) <br> ) <br> ) <br> ) |

---

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Counterclaim and Cross-claim Plaintiff, <br><br> v. <br><br> AHMAD A. KANAN; GHUFRAN H. KANAN; OAKRIDGE CONDOMINIUM HOMEOWNERS ASSOCIATION, INC.; DEPARTMENT OF JUSTICE; OCCUPANTS RESIDING AT 69 PARTRIDGE DRIVE, ESSEX, VT 05452, <br>     Counterclaim and Cross-claim Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **ORDER OF DISMISSAL**

Based upon the Stipulation for Voluntary Dismissal without Prejudice filed by the Counterclaim and Cross-claim Plaintiff in the above matter, it is hereby ORDERED that the cross-complaint of the United States of America be DISMISSED WITHOUT PREJUDICE.

Dated at Burlington, in the District of Vermont, this 4th day of February, 2022.

                                                               /s/ William K. Sessions
                                                               William K. Sessions III
                                                               United States District Judge